448 A.2d 1148

Commonwealth v. Tyler, Appellant.

Submitted December 7, 1981. Vincent T. Snyder, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The order of the court is affirmed.